UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
:
SONYA DURAKU, NIEVES SANCHEZ, and        :
JULIA INIRIO,                             :
                        Plaintiffs,       :        09 Civ. 9351 (DLC)
                                          :
            -v-                           :            ORDER
                                          :
TISHMAN SPEYER PROPERTIES, INC.,          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    For the reasons discussed at a January 13, 2011 telephone

conference, it is hereby

    ORDERED that the plaintiffs' October 29, 2010 motion to

vacate the stay is denied.


        SO ORDERED:

Dated:    New York, New York
          January 14, 2011

                                    _____
                                         DENISE COTE
                                    United States District Judge